STATE OF KANSAS, *Appellee,* v. GERALD LUCAS, *Appellant.*

No. 48,064

Opinion filed January 24, 1976.

*Frank F. Eckdall,* of Kansas City, argued the cause and was on the brief for the appellant.

*Dennis L. Harris,* assistant district attorney, argued the cause, and *Curt T. Schneider,* attorney general, and *Nick A. Tomasic,* district attorney, were with him on the brief for the appellee.

MILLER, J. Affirmed.